UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| USDC-SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: <br> DATE FILED: 12/08/2021 | |

NATIONAL RAILROAD PASSENGER CORPORATION,

                Plaintiff

        v.

COMMONWEALTH INSURANCE COMPANY, et al.,

                Defendants.

No. 21-CV-8575 (RA)

<u>AMENDED ORDER</u>

RONNIE ABRAMS, United States District Judge:

      It is hereby ordered that Plaintiff is to serve Defendants with the Court's Order dated October 29, 2021, Dkt. 26, along with a copy of this Order, and is to file an affidavit on ECF certifying that such service has been effectuated. Defendants are not required to serve anything on Plaintiff, as mistakenly noted in the Court's October 29, 2021 Order. All other deadlines shall remain the same.

SO ORDERED.

Dated:    December 8, 2021
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge