UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 01/27/2022
```

NATIONAL RAILROAD PASSENGER
CORPORATION,

          Plaintiff

          v.

COMMONWEALTH INSURANCE
COMPANY, et al.,

          Defendants.

No. 21-CV-8575 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the initial pretrial conference scheduled for tomorrow, January 28, 2022, is hereby adjourned. By separate order this matter will be referred to a magistrate judge for general pretrial services, who will in turn reschedule the conference for a later date.

SO ORDERED.

Dated:    January 27, 2022
             New York, New York

                                        Ronnie Abrams
                                        United States District Judge