UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER
CORPORATION,

                Plaintiff,

     -against-

COMMONWEALTH INSURANCE
COMPANY, *et al.*,

               Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-8575 (RA) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A scheduling conference was held in this matter on December 1, 2022. The following discovery deadlines were set:

- All fact discovery to be completed by **July 31, 2023**.
- All expert discovery to be completed by **November 30, 2023**.

While not discussed at the conference, the deadline to serve requests for admission shall be **June 30, 2023**.

     SO ORDERED.

DATED:    New York, New York
               December 1, 2022

                                                                    JENNIFER E. WILLIS
                                                                    United States Magistrate Judge