**USDC-SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC#:**
**DATE FILED:**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL RAILROAD PASSENGER
CORPORATION,

                Plaintiff,

-v-

COMMONWEALTH INSURANCE
COMPANY, et al.,

                Defendants.

No. 21-cv-8575 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Pending before the Court are Plaintiff's two motions for judgment on the pleadings. The Court denies both motions for reasons it will explain at a telephone conference to be held on March 13, 2023 at 4:00 p.m. Call-In Number: (888) 363-4749; Access Code: 1015508#. This conference line is open to the public. Should this present a conflict for either party, they may make an application to the Court by letter requesting that the conference be rescheduled.

      The Clerk of Court is respectfully directed to terminate the motions pending at Docket No. 60 and 62.

SO ORDERED.

Dated:      March 9, 2023
              New York, New York

_____
Ronnie Abrams
United States District Judge