**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NATIONAL RAILROAD PASSENGER
CORPORATION,

                        Plaintiff,                **ORDER**

           -against-              **21-CV-8575 (RA) (JW)**

COMMONWEALTH INSURANCE
COMPANY, *et al.*,

                        Defendant.
-----------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On January 12, 2023, non-party, the Port Authority of New York and New Jersey ("Port Authority") filed a motion to quash Defendant's subpoena. Dkt. No. 84. On May 3, 2023, Port Authority filed a joint status letter that the parties are working to resolve the matter without the Court's further involvement. Dkt. No. 103. The parties are directed to file a status letter by **June 16, 2023**, confirming whether the issue has been resolved and, if not, jointly proposing a briefing schedule to the Court.

SO ORDERED.

DATED:   New York, New York
              May 18, 2023

                                                            */s/ Jennifer E. Willis*
                                                           JENNIFER E. WILLIS
                                                          United States Magistrate Judge