

> In light of the joint letter, the Clerk of the Court is respectfully requested to close the motion at Dkt. No. 84 as it is moot. SO ORDERED.
>
> *Jennifer E. Willis*
> _____
> Jennifer E. Willis
> United States Magistrate Judge
>
> June 20, 2023

June 16, 2023

**Via ECF**

Honorable Jennifer E. Willis
United States Magistrate Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 228
New York, NY 10007

Re: **National Railroad Passenger Corporation v. Commonwealth Insurance Company, et al.; Civil Action No.: 21-cv-08575-RA-JW**

Dear Judge Willis,

This office represents the nonparty, the Port Authority of New York and New Jersey (the "Port Authority"), in connection with the above-referenced matter. This status letter is in response to the Court's May 18, 2023 Order, which requires the involved parties to file a joint status letter by June 16, 2023. The interested parties join in this letter to write to the Court and confirm that the issue has been resolved at this time.

Very truly yours,

/s/ Kyle Costa

Kyle Costa, Esq.

KC:ie