UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NATIONAL RAILROAD PASSENGER CORPORATION,<br><br>                          Plaintiff,<br><br>             -against-<br><br>COMMONWEALTH INSURANCE COMPANY, et al.,<br><br>                         Defendants. | 21-CV-08575 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Expert depositions in this case are due by June 28, 2024. By July 31, 2024, the principal decisionmakers for all parties should meet and confer in person for no less than one hour in an attempt to resolve this case. Counsel may of course be present, or counsel can agree to permit their clients to speak without counsel. The parties should file a joint letter on August 1, 2024, confirming their compliance with this order. If there is already an upcoming in-person mediation scheduled, the parties may disregard this order.

      SO ORDERED.

Dated: May 3, 2024
       New York, New York

                                                      ARUN SUBRAMANIAN
                                                      United States District Judge